A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Apr 28, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Judge St. Eve
Magistrate Mason
10cv2668 wah
Filed 4/28/10

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 13, 2010

FILED
CLERK'S OFFICE

**IN RE: AT&T MOBILITY WIRELESS DATA**
**SERVICES SALES TAX LITIGATION**

MDL No. 2147

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 7, 2010, the Panel transferred 28 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Amy J. St. Eve.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge St. Eve.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 7, 2010, and, with the consent of that court, assigned to the Honorable Amy J. St. Eve.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 28, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By  s/ LAKISHA C. WILLIAMS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: APRIL 30, 2010

**IN RE: AT&T MOBILITY WIRELESS DATA
SERVICES SALES TAX LITIGATION**             MDL No. 2147


## SCHEDULE CTO-1 - TAG-ALONG ACTIONS


| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 10-177 | Kirk Tushaus v. AT&T Mobility LLC  (10cv2665) |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-791 | John Simon, et al. v. AT&T Mobility LLC  (10cv2666) |
| CAC | 2 | 10-1363 | Krista M. Kyle v. AT&T Mobility LLC  (10cv2667) |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-564 | Maurice Howell v. AT&T Mobility LLC  (10cv2668) |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 10-184 | Donald Sipple v. AT&T, Inc., et al.  (10cv2669) |
| CAS | 3 | 10-533 | Audrey Wright v. AT&T Mobility LLC  (10cv2670) |
| **CONNECTICUT** | | | |
| CT | 3 | 10-41 | David Rock v. AT&T Mobility LLC  (10cv2671) |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 10-147 | Janine R. Novick v. AT&T Mobility LLC  (10cv2672) |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 10-60161 | Frank Bulzone v. AT&T Mobility LLC  (10cv2673) |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-705 | Jennifer L. Crose v. AT&T Mobility LLC  (10cv2674) |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 10-177 | Mark Erie, Sr., et al. v. AT&T, Inc., et al.  (10cv2676) |
| **MARYLAND** | | | |
| MD | 1 | 10-173 | Candice Dow v. AT&T Mobility LLC  (10cv2678) |
| MD | 1 | 10-192 | Bonnae Meshulam v. AT&T Mobility LLC  (10cv2679) |
| **MINNESOTA** | | | |
| MN | 0 | 10-228 | Aaron White v. AT&T Mobility LLC  (10cv2680) |

**MDL No. 2147 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 10-161 | William Matthew Leisman v. AT&T, Inc., et al.   (10cv2681) |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 3 | 10-20 | Stephen S. Girard v. AT&T Mobility LLC   (10cv2682) |
| **UTAH** | | | |
| UT | 2 | 10-63 | Steven A. Devore v. AT&T Mobility LLC, et al.   (10cv2683) |
| **VIRGINIA EASTERN** | | | |
| VAE | 1 | 10-72 | James K.S. Stewart v. AT&T Mobility LLC   (10cv2684) |
| **VERMONT** | | | |
| VT | 2 | 10-26 | William J. Rogers v. AT&T Mobility LLC   (10cv2685) |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-257 | Matthew J. Vickery v. AT&T Mobility LLC   (10cv2686) |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 10-125 | Anne Stanczak v. AT&T Mobility LLC   (10cv2687) |